IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Carolyn Bean, ) | C.A. No.: 0:15-cv-00049-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Unum Life Insurance Company of ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled. As soon as the closing papers have been properly executed, the parties will forward them over to the court.

Respectfully submitted,

s/ Nathaniel W. Bax
Nathaniel W. Bax, Esq. (Fed Id #9835)
**FOSTER LAW FIRM, L.L.C.**
601 East McBee Avenue, Suite 104
Post Office Box 2123
Greenville, South Carolina 29601
(864) 242-6200

*Attorneys for Plaintiff*

Date:   March 17, 2015
        Greenville, South Carolina

1